UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

JUN 2 2 2005

Michael N. Milby, Clerk of Court

| Corpus Christi | 05-CV-309 |

AVE, Inc.

City of Corpus Christi, Texas; an Pete Alvarez, IHOCA Chief, Corpus Christi Police

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

John Fahle
Fahle Law Firm
628 S. Presa
San Antonio, Texas 78210
210.884.9291
00784031 Texas
Western District of Texas

Seeks to appear as the attorney for this party:

AVE, Inc.

Dated: 06/22/2005    Signed: _____

ORDER

This lawyer is admitted *pro hac vice*.

Signed on ___6-22___, 05.    _____
United States District Judge

SDTX (d_prohac.ord)
02/03/98